NUMBER 13-08-00744-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


________________________________________ ___________________

 

IN THE MATTER OF B. R., A JUVENILE

________________________________________ ___________________


On Appeal from the 449th District Court Sitting as a Juvenile Court


of Hidalgo County, Texas.


_____________ ____________________________________________


MEMORANDUM OPINION


 

Before Justices Rodriguez and Garza and Vela


Memorandum Opinion Per Curiam


 Appellant, B. R., a juvenile, perfected an appeal from a judgment entered by the
449th District Court of Hidalgo County, Texas, in cause number J-906-07-K. Appellant has
filed a motion to dismiss the appeal on grounds that he would be completing his probation
sentence on his eighteenth birthday, June 9, 2009, and there would be no need for an
appeal. Appellant requests that this Court dismiss the appeal.

 The Court, having considered the documents on file and appellant's motion to
dismiss the appeal, is of the opinion that the motion should be granted. See Tex. R. App.
P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. 
Having dismissed the appeal at appellant's request, no motion for rehearing will be
entertained, and our mandate will issue forthwith.


 PER CURIAM


Memorandum Opinion delivered 

and filed this the 23rd day of July, 2009.